1  **SAUL M. HUERTA**
   *Attorney at Law*
2  State Bar of Arizona No. 018410
   100 N. Stone, Suite 601
3  Tucson, Arizona 85701
   (520) 230-8255
4  *saulmhuerta@gmail.com*
   Attorney for Defendant
5

6  **IN THE UNITED STATES DISTRICT COURT**

7  **FOR THE DISTRICT OF ARIZONA**

8  | United States of America, | CR-18-1695-TUC-JAS (EJM) |
   |---|---|
9  | Plaintiff, | |
   | | **NOTICE OF WAIVER OF APPEARANCE AT STATUS CONFERENCE SET FOR JULY 5, 2022** |
10 | v. | |
11 | Cliffton Martinez, | |
12 | Defendant. | |

13
       Defendant, through counsel, hereby respectfully gives notice of
14
   his desire to waive his appearance at the Status Conference scheduled for July
15
   5th, 2022. Defendant, having conferred with counsel, knowingly waives his
16
   right to be present for this Status Conference.
17

18     **RESPECTFULLY SUBMITTED** this 30th day of June 2022.

19                                    */s/ Saul M. Huerta*
                                      **SAUL M. HUERTA**
20                                    Attorney for Defendant

21

22

23
                                      1